# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:08CR3148 |
| V. | ) | |
| ANGEL M. KOSKI, | ) | ORDER |
| Defendants. | ) | |

IT IS ORDERED that the defendant's motion for downward departure (filing 467) is denied.

DATED this 14th day of February, 2012.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge